UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

MIGUEL TORES, JR.                                                                                       PLAINTIFF

v.                                                                            CIVIL ACTION NO. 4:08cv89 DPJ-JCS

TRAVELERS INSURANCE COMPANY, ET AL.                                       DEFENDANTS

*consolidated with*

ISIDRO GARCIA                                                                                          PLAINTIFF

v.                                                                            CIVIL ACTION NO. 3:08cv128 DPJ-JCS

TRAVELERS INSURANCE COMPANY, ET AL.                                       DEFENDANTS

*and*

ANTONIO A. GARCIA                                                                                    PLAINTIFF

v.                                                                            CIVIL ACTION NO. 3:08cv129 DPJ-JCS

TRAVELERS INSURANCE COMPANY, ET AL.                                       DEFENDANTS

ORDER

On August 13, 2008, an order was entered transferring the lead case, *Tores v. Travelers Insurance Company, et al.*, to the Eastern Division.  The two member cases, *I. Garcia v. Travelers Insurance Company, et al.*, 3:08cv128, and *A. Garcia v. Travelers Insurance Company, et al.*, 3:08cv129, were inadvertently not included in the transfer order.

Accordingly, the two member cases, 3:08cv128 and 3:08cv129, are hereby transferred to the Eastern Division.  Once transferred and assigned Eastern Division case numbers, these two members cases should be assigned to the same district judge and magistrate as lead case 4:08cv89DPJ-JCS and remain consolidated until further order of this court.

**SO ORDERED AND ADJUDGED** this the 17th day of September, 2008.

                                                s/ *Daniel P. Jordan III*
                                                UNITED STATES DISTRICT JUDGE